**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HAZEL P. LEDBETTER**                                               **PLAINTIFF**

**v.**                        **CASE NO. 4:12CV00278 BSM**

**CONTINENTAL ASSURANCE COMPANY**                      **DEFENDANT**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE